BOARD OF PUBLIC INSTRUCTION FOR THE COUNTY OF LA-FAYETTE, STATE OF FLORIDA, a Corporation, *Plaintiff in Error*, v. AMERICAN SEATING COMPANY, a Corporation, *Defendant in Error*.

En Banc.

Decision filed August 5, 1930.

*Padgett & McDonald*, for Plaintiff in Error;

*Davis & Pepper*, for Defendant in Error.

PER CURIAM.—Judgment was rendered herein against the Board of Public Instruction for Lafayette County upon a promissory note purporting to have been executed by such board. Even if the note legally evidences an indebtedness of the County Board of Public Instruction, there is no showing that the indebtedness was duly incurred solely for

 

the support and maintenance of public free schools as required by the Constitution.

Reversed.

TERRELL, C. J., AND WHITFIELD, STRUM AND BUFORD, J. J., concur.